United States Bankruptcy Court

Central District of California

| In re: | Case No. 26-14219-SY |
|---|---|
| Kerry Jackson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 15, 2026 | Form ID: odspb | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kerry Jackson, 23066 Golden Eye Lane, Moreno Valley, CA 92557-5430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jun 16 2026 05:10:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 16 2026 05:10:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 43119317 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2026 01:41:37 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 43119318 | + | EDI: BANKAMER2 | Jun 16 2026 05:10:00 | Bank of America, PO Box 982284, El Paso, TX 79998-2284 |
| 43135733 | | EDI: CAPITALONE.COM | Jun 16 2026 05:10:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 43119319 | | EDI: CAPITALONE.COM | Jun 16 2026 05:10:00 | Capital One by AIS InfoSource, PO Box 71083, Charlotte, NC 28272-1083 |
| 43119320 | | Email/Text: RASEBN@raslg.com | Jun 16 2026 01:36:00 | Chase Bank, c/o Robertson, Anschutz, & Schneid, 6409 Congress Ave Ste 100, Boca Raton, FL 33487-2853 |
| 43119321 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 16 2026 01:38:00 | Department of Education / NelNet, Po Box 82505, Lincoln, NE 68501-2505 |
| 43119322 | + | EDI: DISCOVER | Jun 16 2026 05:10:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 43119323 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 16 2026 01:38:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 43119324 | + | Email/Text: Jennifer.robledo@kenosianmiele.com | Jun 16 2026 01:37:00 | Sunlan, c/o Law Office of Kenosian & Miele, 8581 Santa Monica Blvd, West Hollywood, CA 90069-4120 |
| 43145554 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 16 2026 01:38:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1911 |

TOTAL: 12

# BYPASSED RECIPIENTS

District/off: 0973-6                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 15, 2026                       Form ID: odspb                                  Total Noticed: 13

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Kerry Jackson bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

Form odspb−odspab/autodismi
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Kerry Jackson

**BANKRUPTCY NO.** 6:26−bk−14219−SY

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−9080
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 6/15/26

**Address:**
23066 Golden Eye Lane
Moreno Valley, CA 92557

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

By the Court,

Dated: June 15, 2026

**Kathleen J. Campbell**
Clerk of Court

Form odspb−odspab/autodismi Rev. 06/2017

**9 / AUTU**